1  John S. Rossiter (Cal. Bar No. 151113)
   JRossiter@perkinscoie.com
2  Joren S. Bass (Cal. Bar No. 208143)
   JBass@perkinscoie.com
3  Mara Boundy (Cal. Bar No. 287109)
   MBoundy@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
6  Facsimile:  415.344.7050

7  Attorneys for Defendant
   THE CORPORATION FOR EDUCATIONAL
8  NETWORK INITIATIVES IN CALIFORNIA

9
                          UNITED STATES DISTRICT COURT
10
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  MP NEXLEVEL, of California, Inc.,            Case No. 1:14-cv-00288 LJO (GSA)

14                  Plaintiff,                   **ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**
           v.
15
    CVIN, LLC, d/b/a VAST NETWORKS,
16  CALAVERAS COMMUNICATIONS
    COMPANY, SEBASTIAN                           **(Doc. 24)**
17  ENTERPRISES, INC., VOLCANO
    COMMUNICATIONS COMPANY,
18  STAGELINE COMMUNICATIONS,
    INC., THE PONDEROSA TELEPHONE
19  COMPANY, SIERRA TEL
    COMMUNICATIONS GROUP, VARNET
20  INC., CAL-ORE TELEPHONE
    COMPANY, THE CORPORATION OF
21  EDUCATION NETWORK INITIATIVES
    IN CALIFORNIA, and DOES 1 to 500,
22
                    Defendants.
23

24
    ///
25
    ///
26
    ///
27

28

# ORDER

The Court adopts the stipulation filed by Plaintiff MP Nexlevel and Defendant Corporation of Education Network Initiatives in California ("CENIC") extending time for Defendant CENIC to respond to the complaint. (Doc. 24). Accordingly, CENIC shall answer or otherwise respond to Plaintiff's complaint no later than April 25, 2014.

IT IS SO ORDERED.

Dated:   **March 27, 2014**              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE