# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL of California, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CVIN, LLC dba VAST NETWORKS; CALAVERAS COMMUNICATIONS COMPANY; SEBASTIAN ENTERPRISES, INC.; VOLCANO COMMUNICATIONS COMPANY; STAGELINE COMMUNICATIONS, INC.; THE PONDEROSA TELEPHONE COMPANY; SIERRA TEL COMMUNICATIONS GROUP; VARNET, INC.; CAL-ORE TELEPHONE CO.; THE SISKIYOU TELEPHONE COMPANY; THE CORPORATION FOR EDUCATION NETWORK INITIATIVES IN CALIFORNIA; and DOES 1 to 500, <br><br> Defendants. | Case No.  1:14-CV-00288 LJO GSA <br><br> **ORDER APPROVING STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADINGS** <br><br><br> Original Filing Deadline:   4/01/2014 <br> Proposed Filing Deadline:  4/25/2014 <br><br> Judge:              Lawrence J. O'Neill <br> Magistrate Judge: Gary S. Austin <br> Complaint Filed:  2/28/14 <br> Trial Date:          Not applicable |

Pursuant to the Stipulation of the parties filed on March 28, 2014 (Doc. 29), the deadlines for all Defendants to file responsive pleadings in the captioned case are extended to April 25, 2014.

IT IS SO ORDERED.

Dated:  **March 31, 2014**            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28