**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES, INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., THE SISKIYOU TELEPHONE COMPANY, THE CORPORATION FOR EDUCATION NETWORK INITIATIVES <br><br> Defendants. | 1:14-cv-00288-LJO-GSA <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT THE SISKIYOU TELEPHONE COMPANY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) (DOC. 42)** |

Based on Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice all claims against defendant The Siskiyou Telephone Company only. The Clerk of Court is directed not to close this action.

IT IS SO ORDERED.

Dated:   **April 17, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1