Steven M. Cvitanovic (Bar No. 168031)
Jessica M. Lassere Ryland (Bar No. 286724)
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone:   (415) 546-7500
Facsimile:   (415) 546-7505
e-mail:  scvitanovic@hbblaw.com
            jlassere@hbblaw.com

James D. Kremer, appearing *pro hac vice*
Holly J. Newman, appearing *pro hac vice*
Olivia M. Kelley, *pro hac vice* application pending
DEWITT MACKALL CROUNSE & MOORE S.C.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone:   (612) 305-1400
Facsimile:   (612) 305-1414
Email: jdk@dewittmcm.com
       hjn@dewittmcm.com
       omk@dweittmcm.com

David W. Larson, appearing *pro hac vice*
MARTIN & SQUIRES P.A.
332 Minnesota Street, Suite W2750
St. Paul, MN 55101
Telephone:   (651) 767-3746
Facsimile:   (651) 228-9161
E-mail:  dwlarson@martinsquires.com

Attorneys for Plaintiff MP Nexlevel of California, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL of California, Inc., | Case No. 1:14-cv-00288-LJO-GSA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO RESCHEDULE SCHEDULING CONFERENCE; ORDER** |
| v. | |
| CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES, INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE | Current Date:  June 3, 2014<br>Proposed New Date:  June 23, 2014<br>Time:  10:00 a.m.<br>Ctrm.:  10 |

MP18-0000003
10065043.1

00288-LJO-GSA
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING AND TO RESCHEDULE SCHEDULING
CONFERENCE; ORDER

1  CO., DUCOR TELEPHONE COMPANY,   )
   CONSOLIDATED COMMUNICATIONS   )
2  HOLDINGS, INC., THE CORPORATION )
   FOR EDUCATION NETWORK            )
3  INITIATIVES IN CALIFORNIA, and   )
   DOES 1 to 100,                   )
4                                   )
                Defendants.         )
5  _____   )

6      WHEREAS, pursuant to the prior Stipulation and Order, responses to the original

7  Complaint were due on or before April 25, 2014 by all defendants; except Ducor

8  Telephone Company and Consolidated Communications Holdings, Inc.;

9      WHEREAS, Plaintiff filed a First Amended Complaint on April 22, 2014;

10     WHEREAS, Defendants CVIN LLC dba Vast Networks and the Corporation for

11 Education Network Initiatives In California, by and through their attorneys of record, were

12 electronically served with the First Amended Complaint on April 22, 2014;

13     WHEREAS, as counsel had not yet made an appearance for the remainder of the

14 parties, Defendants Calaveras Communications Company, Sebastian Enterprises, Inc.,

15 Volcano Communications Company, Stageline Communications, Inc., The Ponderosa

16 Telephone Company, Sierra Tel Communications Group, Varnet, Inc., Cal-Ore Telephone

17 Co., were served by mail with the First Amended Complaint on April 22, 2014;

18     WHEREAS, counsel for Plaintiff sent a Waiver of the Service of Summons to

19 counsel for Ducor Telephone Company, Inc. and Consolidated Communications Holdings,

20 Inc. on April 25, 2014;

21     WHEREAS, Ducor Telephone Company, Inc. and Consolidated Communications

22 Holdings, Inc., pursuant to the stipulation from counsel, have agreed to respond by

23 May 27, 2014;

24     WHEREAS, Plaintiff and Defendants believe that a coordinated response date for

25 all Defendants is the most logical and efficient way to proceed;

26     WHEREAS, Plaintiff and Defendants agree responses to the First Amended

27 Complaint shall filed and served no later than May 27, 2014;

28

MP18-0000003
10065043.1                                3

Case No. 1:14-cv-00288-LJO-GSA
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING AND TO RESCHEDULE SCHEDULING
CONFERENCE; ORDER

1  WHEREAS, Plaintiff and Defendants agree that the proximity between the May 27,
2  2014 response date and the currently scheduled Scheduling Conference is such that
3  additional time will be required to fully prepare for the Scheduling Conference; and,
4  WHEREAS, subject to the approval of the Court, Plaintiff and Defendants agree to
5  continue the Scheduling Conference to June 23, 2014.
6  As such, ALL PARTIES STIPULATE:
7  1.  The date for all defendants to file a responsive pleading to the First Amended
8  Complaint will be May 27, 2014.
9  2.  The June 3, 2014 Scheduling Conference is continued to June 23, 2014 at
10 10:00 a.m. in Courtroom 10.
11 IT IS SO STIPULATED:
12 Dated: May 5, 2014

HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, CA 94111

DEWITT MACKALL CROUNSE &
MOORE S.C.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

MARTIN & SQUIRES P.A.
332 Minnesota Street, Suite W2750
St. Paul, MN 55101


By:      //s//
     Steven M. Cvitanovic
     Jessica M. Lassere Ryland
     Attorneys for Plaintiff
     MP Nexlevel of California, Inc.

MP18-0000003
10065043.1

3

Case No. 1:14-cv-00288-LJO-GSA
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING AND TO RESCHEDULE SCHEDULING
CONFERENCE; ORDER

| | | |
|---|---|---|
| 1 | Dated: May 5, 2014 | DOWLING | AARON INCORPORATED |
| 2 | | 8080 North Palm Avenue, Third Floor |
| 3 | | P.O. Box 28902<br>Fresno, CA 93729 |

Dated: May 5, 2014     DOWLING | AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, CA 93729

By: _____//s//_____
   David J. Weiland
   Attorneys for Defendant
   CVIN, LLC dba Vast Networks

Dated: May 5, 2014     PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131

By: _____//s//_____
   Joren S. Bass
   John ("Jay") S. Rossiter
   Mara Boundy
   Attorneys for Defendant
   The Corporation for Educational Network
   Initiatives in California

Dated: May 5, 2014     NOVAK DRUCE CONNOLLY BOVE +
QUIGG LLP
555 Mission Street | Thirty-Fourth Floor
San Francisco, CA 94105

By: _____//s//_____
   Dean A. Morehous
   Attorneys for Defendants
   Calaveras Communications Company,
   Sebastian Enterprises, Inc., Volcano
   Communications Company, Stageline
   Communications, Inc., The Ponderosa
   Telephone Company, Sierra Tel
   Communications Group, Varnet, Inc.,
   Cal-Ore Telephone Co., Ducor Telephone
   Company, Inc. and Consolidated
   Communications Holdings, Inc.

MP18-0000003
10065043.1

3

Case No. 1:14-cv-00288-LJO-GSA
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING AND TO RESCHEDULE SCHEDULING
CONFERENCE; ORDER

## **ATTESTATION**

I, Steven M. Cvitanovic, do hereby declare pursuant to Rule 131(e) of the Local Rules of Practice for the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from all counsel on this 5th day of May, 2014.

/s/  Steven M. Cvitanovic

MP18-0000003
10065043.1

3

Case No.  1:14-cv-00288-LJO-GSA
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING AND TO RESCHEDULE SCHEDULING
CONFERENCE; ORDER

# **ORDER**

Pursuant to the above stipulation of the parties :

1. The date for all defendants to file a responsive pleading to the First Amended Complaint will be May 27, 2014.

2. The June 3, 2014 Scheduling Conference is continued to June 23, 2014 at 10:00 a.m. in Courtroom 10 before the undersigned.

IT IS SO ORDERED.

Dated:   **May 8, 2014**                         /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE

MP18-0000003
10065043.1

5

00288-LJO-GSA
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING AND TO RESCHEDULE SCHEDULING
CONFERENCE; [PROPOSED] ORDER