Ben Patrick (SBN 244092)
Ben.Patrick@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

James D. Kremer (*pro hac vice*)
JDW@DewittMCM.com
Holly J. Newman (*pro hac vice*)
HJN@DewittMCM.com
**DEWITT MACKALL CROUNSE & MOORE S.C.**
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone:  (612) 305-1400
Facsimile:  (612) 305-1414

David W. Larson (*pro hac vice*)
DWLarson@MartinSquires.com
**MARTIN & SQUIRES P.A.**
332 Minnesota Street, Suite W2750
St. Paul, MN 55101
Telephone:  (651) 767-3746
Facsimile:  (651) 228-9161

Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES, INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., THE SISKIYOU TELEPHONE COMPANY, DUCOR TELEPHONE COMPANY, THE CORPORATION FOR EDUCATION NETWORK INITIATIVES IN CALIFORNIA, and DOES 1 to 100,<br><br>    Defendants. | Case No. 1:14-cv-00288-LJO-GSA<br><br>**STIPULATION AND ORDER TO RESCHEDULE INITIAL SCHEDULING CONFERENCE FROM AUGUST 21, 2014 AT 10:00 A.M. TO AUGUST 28, 2014 AT 9:30 A.M.** |

1
STIPULATION AND ORDER RESCHEDULING INITIAL SCHEDULING CONFERENCE
1:14-CV-00288-LJO-GSA

1233244v.1

The parties hereby stipulate to and request an order rescheduling the Initial Scheduling Conference from its currently-set date of August 21, 2014 at 10:00 a.m. to August 28, 2014 at 9:30 a.m.

Stipulated to:

Dated: Signature authorized 6/27/14

**DEWITT MACKALL CROUNSE & MOORE S.C.**

/s/ Holly J. Newman, Esq.
Holly J. Newman, Esq., Pro Hac Vice
James D. Kremer, Esq., Pro Hac Vice
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
P: 612-305-1450
F: 612-305-1414
HJN@DewittMCM.com
JDK@DewittMCM.com

*Attorneys for MP Nexlevel of California, Inc.*

Dated: June 27, 2014

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ Ben Patrick, Esq.
Ben Patrick, Esq. (SB# 244092)
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
P: 415-625-9315
F: 415-434-1370
Ben.Patrick@WilsonElser.com

*Attorneys for MP Nexlevel of California, Inc.*

Dated: Signature authorized 6/27/14

**MARTIN & SQUIRES, PA**

/s/ David W. Larson, Esq.
David W. Larson, Esq., Pro Hac Vice
332 Minnesota Street, #W2750
St. Paul, MN 55101
P: (651) 767-3740
F: (651) 228-9161
DWLarson@MartinSquires.com

*Attorneys for MP Nexlevel of California, Inc.*

Dated: Signature authorized 6/27/14

**DOWLING AARON**

/s/ Matthew R. Dildine, Esq.
David Weiland, Esq. (SB# 160447)
Steve D. McGee, Esq. (SB# 71886)
Matthew R. Dildine, Esq. (SB# 258585)
8080 North Palm, Third Floor
Fresno, CA 93711
P: 559-432-4500
F: 559-432-4590
DWeiland@DowlingAaron.com

*Attorneys for Defendant CVIN, LLC*

1 | Dated: Signature authorized 6/27/14 | Dated: Signature authorized 6/27/14

**RUTAN & TUCKER, LLP**    **PERKINS COIE, LLP**

/s/ William T. Eliopoulos, Esq.
William T. Eliopoulos, Esq. (SB# 100633)
Kaveh Badiei, Esq. (SB# 215179)
Allison G. Marrazzo, Esq. (SB# 244426)
Five Palo Alto Square, 3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
P: 650-320-1500
F: 650-320-9905
WEliopoulos@Rutan.com
KBadiei@Rutan.com

/s/ Joren Bass, Esq.
John Rossiter, Esq. (SB# 151113)
Joren Bass, Esq. (SB# 208143)
Mara Boundy, Esq. (SB# 287109)
Four Embarcadero Center, #2400
San Francisco, CA 94111-4131
P: 415-344-7000
F: 415-344-7050
JRossiter@PerkinsCoie.com
JBass@PerkinsCoie.com
MBoundy@PerkinsCoie.com

*Attorneys for Defendant CVIN, LLC*

*Attorneys for the Corporation for Education Network Initiatives in California*

Dated: Signature authorized 6/27/14

**NOVAK DRUCE CONNOLLY BOVE & QUIGG, LLP**

/s/ Craig C. Crockett, Esq.
Dean A. Morehous, Esq. (SB# 111841)
Craig C. Crockett, Esq. (SB# 265161)
555 Mission Street, 34th Floor
San Francisco, CA 94105
P: 415-814-6164
F: 415-814-6165
Dean.Morehous@NovakDruce.com

*Attorneys for Sebastian Enterprises, Volcano Communications, Stageline Communications, The Ponderosa Telephone, Sierra Tel Communications, Varnet, Cal-Ore Telephone, Calaveras Communications, Ducor Telephone and Consolidated Communications Holdings*

**ORDER**

The foregoing Stipulation of the parties is hereby approved, and pursuant to the Stipulation, IT IS HEREBY ORDERED that the Initial Scheduling Conference currently scheduled for August 21, 2014 at 10:00 a.m. is hereby rescheduled to August 28, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 30, 2014**                              **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE