DOWLING AARON INCORPORATED
David J. Weiland (State Bar No. 160447)
dweiland@dowlingaaron.com
Steven D. McGee (State Bar No. 71886)
smcgee@dowlingaaron.com
Matthew R. Dildine (SBN 258685)
mdildine@dowlingaaron.com
8080 North Palm Avenue, Third Floor
Fresno, CA  93729-8902
Telephone:     559-432-4500
Facsimile:      559-432-4590

RUTAN & TUCKER, LLP
William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
Kaveh Badiei (State Bar No. 215179)
kbadiei@rutan.com
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone:     650-320-1500
Facsimile:      650-320-9905

Attorneys for Defendant
CVIN, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC.,<br><br>            Plaintiff,<br>    vs.<br><br>CVIN, LLC dba VAST NETWORKS; CALAVERAS COMMUNICATIONS COMPANY; SEBASTIAN ENTERPRISES, INC.; VOLCANO COMMUNICATIONS COMPANY; STAGELINE COMMUNICATIONS, INC.; THE PONDEROSA TELEPHONE COMPANY; SIERRA TEL COMMUNICATIONS GROUP; VARNET, INC.; CAL-ORE TELEPHONE CO.; DUCOR TELEPHONE COMPANY; CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.; THE CORPORATION FOR EDUCATION NETWORK INITIATIVES IN CALIFORNIA; and DOES 1 to 100,<br>            Defendants. | Case No. 1:14-cv-00288<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT**<br><br>Date Action Filed:  February 21, 2014<br>Trial Date:              None Set |

1  WHEREAS, plaintiff MP Nexlevel of California, Inc. ("Plaintiff") brought this action

2 against defendant CVIN, LLC ("CVIN") and others;

3  WHEREAS, following order of the Court, Plaintiff filed and served its Second Amended

4 Complaint in this action on July 25, 2014;

5  WHEREAS, CVIN requires an extension of time to prepare and file its answer to

6 Plaintiff's Second Amended Complaint and intends to file a counterclaim with its answer, and

7 Plaintiff has agreed to an extension until August 26, 2014;

8  IT IS HEREBY STIPULATED, by and between Plaintiff and CVIN, through their

9 undersigned attorneys, that CVIN shall have an extension of time to file and serve its answer and

10 counterclaim to the Second Amended Complaint up through and including August 26, 2014.

11  IT IS SO STIPULATED.

12 Dated: August 11, 2014                    RUTAN & TUCKER, LLP

14                                          By: /s/ William Eliopoulos
                                                William T. Eliopoulos
15                                              Attorneys for Defendant
                                                CVIN, LLC

17 Dated: August 11, 2014                    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                             & DICKER LLP

19                                          By: Ben Patrick  /S/ (as authorized on 8/8/14)
20                                              Ben Patrick
                                                Attorneys for Plaintiff
21                                              MP NEXLEVEL OF CALIFORNIA, INC.

174/031672-0001                -1-
7352243.1 a08/11/14     STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE
                        RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT

**ORDER**

Pursuant to the parties' stipulation outlined above, IT IS HEREBY ORDERED that defendant CVIN, LLC shall have an extension of time to file an answer and counterclaim to Plaintiff's Second Amended Complaint so that said pleadings are filed and served on or before August 26, 2014.

IT IS SO ORDERED.

Dated: **August 11, 2014**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

Rutan & Tucker, LLP
attorneys at law

174/031672-0001
7352243.1 a08/11/14

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS TO SECOND AMENDED COMPLAINT