DEAN A. MOREHOUS (SBN #111841)
CRAIG C. CROCKETT (SBN #265161)
NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
555 Mission Street, Thirty-Fourth Floor
San Francisco, CA  94105
Telephone: (415) 814-6161
Facsimile:  (415) 814-6165
dean.morehous@novakdruce.com
craig.crockett@novakdruce.com

Attorneys for Defendants
CALAVERAS COMMUNICATIONS COMPANY,
SEBASTIAN ENTERPRISES, INC.,
VOLCANO COMMUNICATIONS COMPANY,
STAGELINE COMMUNICATIONS, INC.,
THE PONDEROSA TELEPHONE COMPANY,
SIERRA TEL COMMUNICATIONS GROUP,
VARNET, INC., CAL-ORE TELEPHONE CO.,
DUCOR TELEPHONE COMPANY and
CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MP MEXLEVEL OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES, INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., DUCOR TELEPHONE COMPANY, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., THE CORPORATION FOR EDUCATION NETWORK INITIATIVES IN CALIFORNIA, and DOES 1 to 500, <br><br> Defendants. | Case No. 1:14-cv-00288 LJO GSA <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR MEMBER DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** <br><br> [Local Rule 144] <br><br> Original response date:   August 14, 2014 <br> Proposed extension:       August 22, 2014 <br><br> Complaint Filed:  Feb. 28, 2014 <br> Trial Date:  Not Set |

Defendants CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., DUCOR TELEPHONE COMPANY and CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., (collectively the "Member Defendants") and plaintiff MP Nexleve1 of California, Inc. ("Plaintiff") stipulate as follows:

WHEREAS, following order of the Court (Doc. 83), Plaintiff filed and served its Second Amended Complaint in this action on July 25, 2014 (Doc. 84);

WHEREAS, Member Defendants' response to the Second Amended Complaint is currently due by August 14, 2014;

WHEREAS, Member Defendants require an extension of time to prepare and file their response to Plaintiff's Second Amended Complaint;

WHEREAS, Member Defendants have not received any prior extensions to respond to the Second Amended Complaint; and

WHEREAS, Plaintiff has agreed to an extension until August 22, 2014;

IT IS HEREBY STIPULATED, by and between Plaintiff and Member Defendants, through their undersigned attorneys, that Member Defendants' time to respond to the Second Amended Complaint is extended up through and including **August 22, 2014**.

IT IS SO STIPULATED.

Dated: August 11, 2014         WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

                               By:   /s/ Ben Patrick (as authorized on 8/11/2014)
                                     Ben Patrick
                                     Attorneys for Plaintiff
                                     MP MEXLEVEL OF CALIFORNIA, INC.

| | |
|---|---|
| 1 | Dated: August 11, 2014          NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |

By:    /s/ Craig C. Crockett
       Dean A. Morehous
       Craig C. Crockett
       Attorneys for Defendants
       CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES, INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., DUCOR TELEPHONE COMPANY and CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that defendants CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., DUCOR TELEPHONE COMPANY and CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., shall have an extension of time to respond to Plaintiff's Second Amended Complaint up through and including August 22, 2014.

IT IS SO ORDERED.

Dated:   **August 12, 2014**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE