1  BEN PATRICK (SBN 244092)
   ben.patrick@wilsonelser.com
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER, LLP**
3  525 Market Street, 17th Floor

   525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5

6  Holly J. Newman, *admitted pro hac vice*
   hjn@dewittmcm.com
7  James D. Kremer, *admitted pro hac vice*
   jdk@dewittmcm.com
   Olivia M. Kelley, *admitted pro hac vice*
8  omk@dewittross.com
   **DEWITT MACKALL CROUNSE & MOORE S.C.**
9  1400 AT&T Tower
   901 Marquette Avenue
10 Minneapolis, MN 55402
   Telephone:     (612) 305-1400
11 Facsimile:     (612) 305-1414

12 David W. Larson, *admitted pro hac vice*
   dwlarson@martinsquires.com
13 **MARTIN & SQUIRES, P.A.**
   332 Minnesota Street, Suite W2750
14 St. Paul, MN 55101
   Telephone:     (651) 767-3740
15 Facsimile:     (651) 228-9161

16 Attorneys for Plaintiff
   MP NEXLEVEL OF CALIFORNIA, INC.
17

18                **UNITED STATES DISTRICT COURT**

19                **EASTERN DISTRICT OF CALIFORNIA**

20                      **FRESNO DIVISION**

21 MP NEXLEVEL OF CALIFORNIA, INC.

22                            Plaintiff,              Case No. 1:14-cv-00288 LJO-GSA

23          vs.

24 CVIN, LLC dba VAST NETWORKS,          **ORDER ALLOWING AMENDMENT**
   CALAVERAS COMMUNICATIONS             **OF PLEADINGS TO ADD PARTIES**
25 COMPANY, SEBASTIAN ENTERPRISES,
   INC., VOLCANO COMMUNICATIONS         Complaint Filed February 28, 2014
26 COMPANY, STAGELINE                   Trial Date:  September 20, 2016
   COMMUNICATIONS, INC., THE
27 PONDEROSA TELEPHONE COMPANY,
   SIERRA TEL COMMUNICATIONS GROUP,
28 VARNET, INC., CAL-ORE TELEPHONE CO.,
   DUCOR TELEPHONE COMPANY,

CONSOLIDATED COMMUNICATIONS
HOLDINGS, INC., and DOES 1 to 100,

Defendants.

CVIN, LLC,

Counter-  and Cross-Claimant,

vs.

MP NEXLEVEL OF CALIFORNIA, INC.;
WESTERN SURETY COMPANY; and ROES 1
through 50, inclusive,

Cross-Defendants

MP NEXLEVEL OF CALIFORNIA, INC,

Third-Party Plaintiff,

vs.

APEX DIRECTIONAL DRILLING, LLC; and
JK COMMUNICATIONS &
CONSTRUCTION, INC. dba KLEVEN
CONSTRUCTION,

Third-Party Defendants.

Based upon the Stipulation to Amend Pleadings to Add Parties filed as Doc. No. 159,

IT IS HEREBY ORDERED:

1.      MP Nexlevel shall be permitted to amend the Second Amended Complaint to
add the following parties as defendants:  Mohave Investment, LLC; Sierra Tel
Broadband; SureWest Fiber Ventures, LLC; VarComm, Inc. and Volcano
Telecom, Inc.  Any Third Amended Complaint shall be filed no later than
February 27, 2015.

IT IS SO ORDERED.

Dated:   **February 23, 2015**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE