Ben Patrick (SBN 244092)
BPatrick@GordonRees.com
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone:	(415) 986-5900
Facsimile:	(415) 986-8054

Holly J. Newman (MN Bar No. 026457X) (Pro Hac Vice)
HJN@DewittMCM.com
James D. Kremer (MN Bar No. 211461) (Pro Hac Vice)
JDK@DewittMCM.com
**DEWITT MACKALL CROUNSE & MOORE, S.C.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone:	(612) 305-1400
Facsimile:	(612) 305-1414

David W. Larson (MN Bar No. 60495) (Pro Hac Vice)
DWLarson@MartinSquires.com
**MARTIN & SQUIRES, P.A.**
332 Minnesota Street, Suite W2750
St. Paul, Minnesota 55101
Telephone:	(651) 767-3746
Facsimile:	(651) 228-9161

Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.
and Cross-Defendant
WESTERN SURETY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., | Case No. 1:14-cv-00288-LJO-GSA |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC., CROSS-DEFENDANT WESTERN SURETY COMPANY, AND THIRD-PARTY DEFENDANT APEX DIRECTIONAL DRILLING, LLC** |
| CVIN, LLC, *et al.*, | |
| Defendants. | |
| AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY CLAIMS | |

**ORDER GRANTING STIPULATION FOR PARTIAL DISMISSAL
WITHOUT PREJUDICE OF APEX AND MP NEXLEVEL**

[1]

This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff MP Nexlevel of California, Inc. ("MPN"), Cross-Defendant Western Surety Company ("Western"), and Third-Party Defendant Apex Directional Drilling, LLC ("Apex"). Pursuant to that Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. MPN's claims against Apex are hereby **DISMISSED WITHOUT PREJUDICE;**

2. Apex's claims against MPN and Western are hereby **DISMISSED WITHOUT PREJUDICE;**

3. Nothing in this Order shall have any impact whatsoever on any other claims in the above-captioned action.

**IT IS SO ORDERED**
**Dated: April 7, 2015**

                                      /s/ Lawrence J. O'Neill
                                   **United States District Judge**