AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | California |

MP Nexlevel of California, Inc.
        Plaintiff (s),

V.

CVIN, LLC, et al.
        Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:14-cv-00288-LJO-GSA

Notice is hereby given that, subject to approval by the court, __Defendant Calaveras Communications Company__ substitutes
(Party (s) Name)

__Dean A. Morehous, Troutman Sanders LLP__, State Bar No. __111841__ as counsel of record in
(Name of New Attorney)

place of __Dean Morehous, Novak Druce Connolly Bove & Quigg LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Troutman Sanders LLP
Address: 580 California Street, Suite 1100, San Francisco, CA 94104
Telephone: (415) 477-5700    Facsimile (415) 477-5710
E-Mail (Optional): Dean.Morehous@troutmansanders.com

I consent to the above substitution.
Date: 5/26/2015
        (Signature of Party (s))

I consent to being substituted.
Date: 5/26/2015
        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/26/2015
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6-4-15
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]