

JUN 9 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

MP Nexlevel of California, Inc.
　　　　　　　　　　Plaintiff (s),
V.
CVIN, LLC, et al.
　　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:14-cv-00288-LJO-GSA

Notice is hereby given that, subject to approval by the court, __Defendant The Ponderosa Telephone Company__ substitutes
(Party (s) Name)

__Dean A. Morehous, Troutman Sanders LLP__, State Bar No. __111841__ as counsel of record in
(Name of New Attorney)

place of __Dean Morehous, Novak Druce Connolly Bove & Quigg LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　　Troutman Sanders LLP
　　Address:　　　　　580 California Street, Suite 1100, San Francisco, CA 94104
　　Telephone:　　　　(415) 477-5700　　　　Facsimile (415) 477-5710
　　E-Mail (Optional):　Dean.Morehous@troutmansanders.com

I consent to the above substitution.
Date:　　5/26/2015
　　　　　　　　　　　　　　　　　　　　_[signature]_ The Ponderosa Telephone Co.
　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　5/26/2015
　　　　　　　　　　　　　　　　　　　　_Craig Crockett_
　　　　　　　　　　　　　　　　　　　　_Novak Druce_
　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　5/26/2015
　　　　　　　　　　　　　　　　　　　　_[signature] Dean A. M._
　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　　6/9/15
　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]