DOWLING AARON INCORPORATED
Steven D. McGee (State Bar No. 71886)
smcgee@dowlingaaron.com
Matthew R. Dildine (SBN 258685)
mdildine@dowlingaaron.com
8080 North Palm Avenue, Third Floor
Fresno, CA  93729-8902
Telephone:    559-432-4500
Facsimile:    559-432-4590

William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
Kaveh Badiei (State Bar No. 215179)
kbadiei@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone:   650-320-1500
Facsimile:    650-320-9905

Attorneys for Defendant and Counter and Cross-Claimant
CVIN. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL of California, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, CAL-ORE TELEPHONE CO., CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., DUCOR TELEPHONE COMPANY, MOHAVE INVESTMENT, LLC, SEBASTIAN ENTERPRISES, INC., SIERRA TEL BROADBAND, SIERRA TEL COMMUNICATIONS GROUP, STAGELINE COMMUNICATIONS, INC., SUREWEST FIBER VENTURES, LLC, THE PONDEROSA TELEPHONE COMPANY, VARCOMM, INC., VARNET, INC., VOLCANO COMMUNICATIONS COMPANY, VOLCANO TELECOM, INC., and DOES 1 to 100, <br><br> Defendants. | Case No. 1:14-cv-00288-LJO-GSA <br><br> STIPULATION TO CONTINUE TRIAL AND RELATED DATES IN SCHEDULING CONFERENCE ORDER PURSUANT TO AUGUST 20, 2015 MINUTE ORDER; ORDER <br><br> Date Action Filed:   February 28, 2014 <br> Trial Date:              September 20, 2016 |

AND RELATED COUNTER, CROSS-, AND THIRD-PARTY CLAIMS.

WHEREAS COUNSEL for Defendant and Counter and Cross-Claimant, CVIN, LLC, plaintiff, MP Nexlevel of California, Inc., Third-Party Defendant Western Surety Company, Defendants, Calaveras Communications Company, Cal-Ore Telephone Co., Consolidated Communications Holdings, Inc., Ducor Telephone Company, Mohave Investment, LLC, Sebastian Enterprises, Inc., Sierra Tel Broadband, Sierra Tel Communications Group, Stageline Communications, Inc., Surewest Fiber Ventures, LLC, The Ponderosa Telephone Company, Varcomm, Inc., Varnet, Inc., Volcano Communications Company, and Volcano Telecom, Inc. , Third-Party Defendant and Cross-Claimant, JK Communications & Construction, Inc. dba Kleven Construction; and Defendant, George Valentinez (collectively, the "Parties"), have met and conferred by telephone regarding the subject-matter of this Stipulation and reached agreement thereto;

IT IS HEREBY STIPULATED by and between the Parties, by and through their counsel of record, that good cause exists for the extension of the scheduling order, and pursuant to F.R.C.P. 16(b)(4), F.R.C.P. 6, and Local Rule 144, that an approximately 100 day continuance of the deadlines set forth in the Court's January 22, 2015 Scheduling Conference Order is necessary and appropriate.   Due to the above and the Court's trial schedule set forth in its August 20, 2015 Minute Order, the parties propose the following new deadlines, or similar dates convenient to the court:

| **Existing Deadlines:** | **New (Proposed) Deadlines Reflecting 8-20-15 Minute Order:** |
|---|---|
| Expert Disclosure: | |
| October 1, 2015 (Affirm.) | January 11, 2016 |
| November 16, 2015 (Defenses) | February 24, 2016 |
| Rebuttal Expert Disclosure: | |
| January 11, 2016 | April 20, 2016 |

| | |
|---|---|
| <u>1-Day Mediation (to be scheduled during proposed period)</u>: | |
| (N/A) | April 20, 2016 – May 20, 2016 |
| <u>Expert Discovery Cutoff</u>: | |
| March 31, 2016 | August 11, 2016 |
| <u>Nonexpert Discovery Cutoff</u>: | |
| March 31, 2016 | August 11, 2016 |
| <u>Nondispositive Motion Filing Deadline</u>: | |
| March 31, 2016 | August 15, 2016 |
| <u>Dispositive Motion Filing Deadline</u>: | |
| May 6, 2016 | August 15, 2016 |
| <u>2nd Day Mediation (if necessary; to be scheduled during proposed period)</u>: | |
| (N/A) | September 2016 |
| <u>Pretrial Conference</u>: | |
| July 28, 2016 | May 25, 2017 |
| <u>Jury & Bench Trials</u>: | |
| September 20, 2016 | July 25, 2017 |

**IT IS SO STIPULATED.**

Dated:  August 31, 2015                **RUTAN & TUCKER, LLP**


By: _____*/s/William T. Eliopoulos*_____
William T. Eliopoulos
Attorneys for Defendant,
Counterclaimant and Cross-Complainant
CVIN, LLC


| | | |
|---|---|---|
| Dated: Signature authorized August 28, 2015 | | **DEWITT MACKALL CROUSE & MOORE S.C.** |
| | By: | */s/Holly J. Newman* |
| | | Holly J. Newman |
| | | James D. Kremer, |
| | | Attorneys for Plaintiff |
| | | MP NEXLEVEL OF CALIFORNIA, INC. |
| | | and Third-Party Defendant |
| | | WESTERN SURETY COMPANY |
| Dated: Signature authorized August 28, 2015 | | **TROUTMAN SANDERS LLP** |
| | By: | */s/Dean A. Morehous* |
| | | Dean A. Morehous |
| | | Craig Crockett |
| | | Attorneys for Defendants: |
| | | CALAVERAS COMMUNICATIONS COMPANY, CAL-ORE TELEPHONE CO., CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., DUCOR TELEPHONE COMPANY, MOHAVE INVESTMENT, LLC, SEBASTIAN ENTERPRISES, INC., SIERRA TEL BROADBAND, SIERRA TEL COMMUNICATIONS GROUP, STAGELINE COMMUNICATIONS, INC., SUREWEST FIBER VENTURES, LLC, THE PONDEROSA TELEPHONE COMPANY, VARCOMM, INC., VARNET, INC., VOLCANO COMMUNICATIONS COMPANY, and VOLCANO TELECOM, INC. |
| Dated: Signature authorized August 28, 2015 | | **ROGERS JOSEPH O'DONNELL** |
| | By: | */s/Joseph C. McCowan, Jr.* |
| | | Joseph C. McCowan, Jr. |
| | | Tyson Arbuthnot |
| | | Attorneys for Third-Party Defendant and Cross-Claimant |
| | | JK COMMUNICATIONS & CONSTRUCTION, INC. dba KLEVEN CONSTRUCTION |

Dated: Signature authorized August 28, 2015.   **THE ALBERTS FIRM, APC**

By:   */s/David A. Brewster*
David A. Brewster
Attorneys for Defendant
GEORGE VALENTINEZ

## ORDER

The Court, having considered the above stipulation and the procedural posture of the case, and good cause appearing, amends the scheduling order in this case as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Expert Disclosure | October 1, 2015 (Affirmative) November 16, 2015 (Defenses) | January 11, 2016 (Affirmative) February 24, 2016 (Defenses) |
| Rebuttal Expert Disclosure | January 11, 2016 | April 20, 2016 |
| One Day Mediation | N/A | To be agreed upon date between April 20, 2016 and May 20, 2016 |
| Expert Discovery Cutoff | March 31, 2016 | August 11, 2016 |
| Non-expert Discovery Cutoff | March 31, 2016 | August 11, 2016 |
| Nondispositive Motion Filing Deadline | March 31, 2016 | August 15, 2016 |
| Dispositive Motion Filing Deadline | May 6, 2016 | August 15, 2016 |
| Mediation | N/A | To be agreed upon date in September 2016 |
| Pre-Trial Conference | July 28, 2016 | May 25, 2017 |
| Trial | September 20, 2016 | July 25, 2017 |

IT IS SO ORDERED.

Dated:   **September 1, 2015**          */s/ Gary S. Austin*

UNITED STATES MAGISTRATE JUDGE