Ben Patrick (SBN 244092)
**GORDON & REES LLP**
275 Battery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986.8054
e-mail: BPatrick@GordonRees.com


Holly J. Newman (MN Bar No. 026457X) (Pro Hac Vice)
James D. Kremer (MN Bar No. 211461) (Pro Hac Vice)
**DEWITT MACKALL CROUNSE & MOORE, S.C.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone:    (612) 305-1400
Facsimile:     (612) 305-1414
e-mail:  HJN@DewittMCM.com
         JDK@DewittMCM.com

David W. Larson (MN Bar No. 60495) (Pro Hac Vice)
**MARTIN & SQUIRES, P.A.**
332 Minnesota Street, Suite W2750
St. Paul, Minnesota 55101
Telephone:    (651) 767-3746
Facsimile:    (651) 228-9161
e-mail:  DWLarson@MartinSquires.com

Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.
And Third-Party Defendant
WESTERN SURETY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL of California, Inc., <br><br> MP Nexlevel, <br><br> v. <br><br> CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, SEBASTIAN ENTERPRISES, INC., VOLCANO COMMUNICATIONS COMPANY, STAGELINE COMMUNICATIONS, INC., THE PONDEROSA TELEPHONE COMPANY, SIERRA TEL | Case No. 1:14-cv-00288-LJO-GSA <br><br> **STIPULATION RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC** <br><br> [Discovery Motion – L.R. 251] <br><br> Complaint Filed February 28, 2014 <br> Trial Date: July 25, 2017 |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[1]

1238098v.1

COMMUNICATIONS GROUP, VARNET, INC., CAL-ORE TELEPHONE CO., DUCOR TELEPHONE COMPANY, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., MOHAVE INVESTMENT, LLC, SIERRA TEL BROADBAND, SUREWEST FIBER VENTURES, LLC, VARCOMM, INC, VOLCANO TELECOM, INC. and DOES 1 to 100,

     Defendants.

CVIN, LLC,

     Counter and Cross-Claimant,

  v.

MP NEXLEVEL OF CALIFORNIA, INC, WESTERN SURETY COMPANY, ROES 1 through 50, inclusive,

     Cross-Defendants,

MP NEXLEVEL OF CALIFORNIA, INC.,

     Third-Party Plaintiff,

  v.

APEX DIRECTIONAL DRILLING, LLC; AND JK COMMUNICATIONS & CONSTRUCTION, INC. dba KLEVEN CONSTRUCTION, GEORGE VALENTINEZ, dba ALLIED PLUS LOW VOLTAGE

     Third-Party Defendants.

WHEREAS, a dispute exists between Plaintiff MP Nexlevel of California, Inc. ("MPN") and Defendant CVIN, LLC ("CVIN") regarding the sufficiency of the efforts undertaken by CVIN to date to search for and produce responsive, relevant emails and CVIN's compliance with the Stipulation for Preserving and Producing Electronic Evidence (the "ESI Protocol");

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[2]

WHEREAS, CVIN conducted electronic searches of its records to identify and produce responsive, non-privileged emails in response to MPN's discovery requests, employing certain search terms (the "Prior CVIN Productions");

WHEREAS, MPN has challenged the sufficiency of CVIN's search terms and search efforts underlying and relating to the Prior CVIN Productions, and requested that CVIN conduct supplemental searches of its emails utilizing additional search terms identified by MPN and make a supplemental production in accordance with the ESI Protocol;

WHEREAS, counsel for MPN and CVIN participated in informal discovery conferences with the Court on December 18, 2015 and January 13, 2016, and have separately engaged in meet and confer communications, in an effort to resolve the disputes between them relating to the Prior CVIN Productions without resort to formal motion practice;

WHEREAS, during the January 13, 2016 informal discovery conference CVIN disclosed to MPN and the Court that pst (email) files (the "Missing PST Files") that should have been included in the materials provided by CVIN to its counsel for review and production were unintentionally omitted from the corpus of documents heretofore reviewed for responsiveness and production to MPN, necessitating a supplemental search and production of responsive emails from the Missing PST Files;

WHEREAS, following the January 13, 2016 informal discovery conference and with the benefit of the Court's guidance provided therein, counsel for CVIN and MPN have met and conferred regarding the scope and timing of supplemental searches and a supplemental production by CVIN in accordance with the ESI Protocol, including the collection and production by CVIN of custodian and "other custodian" information; and

WHEREAS, MPN and CVIN have agreed to resolve their present discovery disagreements in accordance with the terms set forth herein,

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[3]

1238098v.1

NOW THEREFORE, MPN and CVIN stipulate and agree as follows:

1. CVIN shall review and produce the responsive emails contained within the Missing PST Files (hereinafter "Supplemental Email Production"). The Missing PST Files, and the corresponding responsive emails, will be de-duplicated against the emails previously produced by CVIN.   CVIN represents that the Missing PST Files are comprised of email searches conducted using the CVIN search terms attached hereto as Exhibit A and performed at the CVIN server level; that this prior search did not capture "Custodian" and "Other Custodian" information; and that "Custodian" and "Other Custodian" information cannot be extracted from the Missing PST Files. Consequently, the production of responsive communications from the Missing PST Files will indicate that the "Custodian" is the CVIN Email Server.  The emails subject to the Supplemental Email Production shall generally include those responsive, non-privileged emails generated from and after January 1, 2010 including, without limitation, (1) emails generated between February 21, 2014 and June 19, 2014, but only to the extent those emails relate to the completion of Segment 19 of the Project following MPN's termination, (2) emails generated between February 21, 2014 and May 30, 2015, but only to the extent those emails relate to the completion of Segment 27 of the Project following MPN's termination, (3) any alleged defects in the work performed by MPN and/or any MPN subcontractors, and (4) any alleged damages claimed by CVIN against MPN.

2. CVIN will conduct a supplemental search of all emails in its possession, custody or control (the "Supplemental Email Search").  The emails subject to the Supplemental Email Search shall generally include those emails generated from and after January 1, 2010 including, without limitation, (1) emails generated between February 21, 2014 and June 19, 2014, but only to the extent those emails relate to the completion of Segment 19 of the Project following MPN's termination, (2) emails generated between

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[4]

1238098v.1

February 21, 2014 and May 30, 2015, but only to the extent those emails relate to the completion of Segment 27 of the Project following MPN's termination, (3) any alleged defects in the work performed by MPN and/or any MPN subcontractors, and (4) any alleged damages claimed by CVIN against MPN.  CVIN represents that the Supplemental Email Search will be run against the entirety of CVIN's email database retrieved at the custodian level.  Before conducting the Supplemental Email Search, CVIN will run a de-duplication process to identify email communications previously produced by CVIN, capture and produce to MPN "Custodian" and "Other Custodian" data for all such previously produced email communications, and exclude the previously produced email communications from the Supplemental Email Search.  All remaining email communications will then be searched utilizing the MPN search terms attached hereto as Exhibit B.  CVIN shall conduct the Supplemental Email Search and produce responsive email communications in full compliance with the ESI Protocol, including collecting and producing "Custodian," "Other Custodian" and other information and metadata required by the ESI Protocol (the "MPN Email Search Production").  CVIN and MPN shall cooperatively work together to establish an agreed upon search protocol for the Supplemental Email Search; provided, however, that any such effort shall not relieve CVIN of the obligation to complete the searches required and produce documents in accordance with the ESI Protocol by the deadlines specified herein.

3. CVIN shall produce the Supplemental Email Production and MPN Email Search Production on a rolling basis.  CVIN shall complete the Supplemental Email Production by no later than March 25, 2016 , and the MPN Email Search Production by no later than April 29, 2016.

4. MPN and CVIN preserve all rights with respect to privilege objections and confidentiality issues under the terms of the case Protective Order.

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[5]

1238098v.1

5. MPN preserves its right to later challenge the sufficiency of CVIN's production of emails pursuant to this Stipulation, by initiating the required meet and confer, and following any Court Orders or other directions on the procedures for raising and resolving discovery issues with the Court. However, said challenge will not be based on the adequacy of the search terms – either those used by CVIN (Exhibit A) or submitted by MPN (Exhibit B) – or CVIN's searches and productions, to the extent said searches and production comply with the ESI Protocol and this Stipulation. Further, nothing herein shall limit MPN's right to challenge the scope of CVIN's production of documents and the sufficiency of CVIN's discovery responses in this matter.

SO STIPULATED:

Dated: February 29, 2016

**GORDON & REES LLP**
Ben Patrick, Esq. (SBN: 244092)
275 Battery Street
Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986.8054
e-mail: BPatrick@GordonRees.com

**DEWITT MACKALL CROUNSE & MOORE S.C.**

By: /s/ James D. Kremer, Esq.
Holly J. Newman, Esq., *Pro Hac Vice*
James D. Kremer, Esq., *Pro Hac Vice*
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1450
Fax: 612-305-1414
HJN@DewittMCM.com
JDK@DewittMCM.com

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[6]

1238098v.1

| | |
|---|---|
| | **MARTIN & SQUIRES, P.A.**<br>David W. Larson, Esq., *Pro Hac Vice*<br>332 Minnesota Street, Suite W2750<br>St. Paul, Minnesota 55101<br>Telephone:   (651) 767-3746<br>Facsimile:    (651) 228-9161<br>DWLarson@MartinSquires.com<br><br>***Attorneys for Plaintiff MP Nexlevel of California, Inc. and Third-Party Defendant Western Surety Company*** |
| Dated: February 25, 2016 | **DOWLING AARON INCORPORATED**<br>Steven D. McGee (State Bar No. 71886)<br>smcgee@dowlingaaron.com<br>Matthew R. Dildine (SBN 258685)<br>mdildine@dowlingaaron.com<br>8080 North Palm Avenue, Third Floor<br>Fresno, CA  93729-8902<br>Telephone:     559-432-4500<br>Facsimile:      559-432-4590<br><br>**RUTAN & TUCKER, LLP**<br><br>By: /s/ Kaveh Badiei, Esq.<br>William T. Eliopoulos (State Bar No. 100633)<br>weliopoulos@rutan.com<br>Kaveh Badiei (State Bar No. 215179)<br>kbadiei@rutan.com<br>Five Palo Alto Square<br>3000 El Camino Real, Suite 200<br>Palo Alto, CA 94306-9814<br>Telephone:     650-320-1500<br>Facsimile:      650-320-9905<br><br>***Attorneys for<br>CVIN, LLC*** |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[7]

1238098v.1

**ORDER**

The foregoing Stipulation of the parties is hereby approved, and the items listed in Paragraphs 1-5 of the Stipulation above shall be the Order of the Court.

IT IS SO ORDERED.

Dated:  **March 2, 2016**                         /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[8]

1238098v.1


# EXHIBIT A

# CVIN SEARCH TERMS

**MP Nexlevel Email Search Terms**

| RELATIVE SEGMENT NUMBER | 8 | 10 | 12 | 13 | 14 | 15 | 18 | 19 | 21 | 22 | 25 | 26 | 27 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amador | | | | | | | | | x | | | | | |
| American River | | | | | | | | | | | x | | | |
| BLM | | | | | | | | x | | | x | | | |
| BNSF | x | x | x | | | x | x | | | | | | | |
| Board | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Bureau | | | | | | | | | x | | x | x | | |
| Caltel | | | | | | | | x | | | | | | |
| Caltrans | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ceres | | | | | | | x | | | | | | | |
| CID | | | | x | | x | | | | | | | | |
| Coloma | | | | | | | | | | | x | | | |
| Columbia | | | | | | | | x | | | | | | |
| Cool | | | | | | | | | | | x | | | |
| Corcoran | | | | x | | x | | | | | | | | |
| COS | | | x | | | | | | | | | | | |
| CSLC | | | | | | | x | | | | | | | |
| CVFPB | x | x | x | x | x | x | x | | | | | | | x |
| Delano | | | | | | | | | | x | | | | |
| Denair | x | | | | | | | | | | | | | |
| Ducor | | | | | x | | | | | x | | | | |
| Earlimart | | | | | | | | | | x | | | | |
| El Dorado | | | | | | | | | | | x | x | | |
| El Dorado COE | | | | | | | | | | | x | | | |
| El Dorado Library | | | | | | | | | | | x | | | |
| Farmersville | | | | x | | | | | | | | | | |
| Fiddletown | | | | | | | | | | x | | | | |
| Fish" "Game | | | | | | | | | | | x | x | | |
| Garden Valley | | | | | | | | | | | x | | | |
| Genesee | | | x | x | | | | | | | | | | |
| Georgetown | | | | | | | | | | | x | | | |
| gocomp1 | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Golden State | | | | | | | | x | | | | | | |
| Grass Valley | | | | | | | | | | | | x | | |
| Hanford | | | x | | | | | | | | | | | |
| Hughson | | | | | | | | x | | | | | | |
| Kern | | | | | | | | | | x | | | | |
| Kings | | | x | | | x | | | | | | | | |
| Kings COE | | | | | | x | | | | | | | | |
| Kings OPS | | | x | | | | | | | | | | | |
| Lemoore | | | | | | x | | | | | | | | |
| Level 3 | | | x | | | | | | | x | | | | |
| Lindsay | | | | | x | | | | | | | | | |
| M&ET | | | | | | | x | | | | | | | |
| Madera | | x | | | | | | | | | | | | |
| Madera COE | | x | | | | | | | | | | | | |
| Madera OPS | | x | | | | | | | | | | | | |
| MID | | x | | | | | x | | | | | | | |
| Modesto | | | | | | | x | | | | | | | |
| MP Nexlevel | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| MPN | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| mpnexlevel | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Nevada | | | | | | | | | | | | x | | |
| Nevada COE | | | | | | | | | | | | x | | |
| Nevada Library | | | | | | | | | | | | x | | |
| Placerville | | | | | | | | | | | x | | | |
| Plymouth | | | | | | | | | | x | | | | |
| Porter | | | | | x | | | | | | | | | |
| Porterville | | | | | x | | | | | | | | | |
| Railamerica | | | | x | x | x | | | | x | | | | |
| Reclamation | | | | | | | | | x | | x | x | | |
| Red Mule | | | | | | | | | | x | | | | |
| San Joaquin | | x | x | x | x | | x | | | | | | | x |
| Sandrini | | | | | | | | | | x | | | | |
| Santa Fe | x | | | | | x | | | | | | | | |
| seg X | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| segment X | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Sequolas | | | x | | | | | | | | | | | |
| Sierra Northern Railway | | | | | | | | x | | | | | | |
| SJVAPCD | | x | x | x | x | | x | | | | | | | x |
| SJVRR | | | x | x | x | x | | | | x | | | | |
| Sonora | | | | | | | | x | | | | | | |
| Stanislaus | x | | | | | | x | | | | | | | |
| Strathmore | | | | | x | | | | | | | | | |
| Sturtz | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| TCOE | | | x | x | | | | x | | | | | | |
| TID | x | | | | | | x | | | | | | | |
| Time Warner | | | | | x | | | | | | | | | |
| tony | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| tony.sturtz | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| TUD | | | | | | | | x | | | | | | |
| Tulare | | | x | x | x | | | | | x | | | | x |
| Tulare COE | | | x | x | | | | | | | | | | |
| Tulare Hub | | | | | x | | | | | | | | | |
| Tulare Library | | | | x | | | | | | | | | | |
| Tulare OPS | | | | x | | | | | | | | | | |
| Tuolumne | | | | | | | | x | | | | | | |
| Tuolumne COE | | | | | | | | x | | | | | | |
| Turlock | x | | | | | | | | | | | | | |
| UPRR | | x | x | x | x | x | | | | x | | | | x |
| Visalia | | | x | x | | | | | | | | | | |
| Volcano | | | | | | | | | x | | | | | |
| Water | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Waukena | | | | | | x | | | | | | | | x |
| West Hills | | | | | | x | | | | | | | | |
| Westhills | | | | | | x | | | | | | | | |
| Wiltel | | x | | x | | | | | | x | | | | |
| Zayo | | x | | | x | | | | | | | | | |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[9]

1238098v.1

# EXHIBIT B

## MPN REQUESTED SEARCH TERMS

| Term | Terms and Strings[1,2] | Methodology | |
|---|---|---|---|
| **MPN/MPN Personnel:** | | | [1]Terms without quotation marks or Boolean qualifiers should be run as standalone terms, no stemming, character strings |
| MPN | MPN | No Stemming, Character String | |
| Coby Hanson, Coby, chanson | "Coby Hanson", Coby, chanson | No Stemming, Character String | |
| Travis Wilde, twilde, Travis, Wilde | "Travis Wilde", twilde, Travis, Wilde | No Stemming, Character String | |
| Louis George Menard | "Louis George Menard", lmenard | No Stemming, Character String | [2]Each term or string, separated by a comma in the Terms and Strings column, should be run as a separate term |
| Rob Pribyl | "Rob Pribyl", rpribyl, pribyl | No Stemming, Character String | |
| Linda Sturtz | "Linda Sturtz", Linda, lsturtz | No Stemming, Character String | |
| Curtis Rykhus | "Curtis Rykhus", crykhus, rykhus | No Stemming, Character String | |
| Mike Aydt | "Mike Aydt", mikea | No Stemming, Character String | |
| Richard (Dick) Sanfilippo | "Richard Sanfilippo", "Dick Sanfilippo", rsanfilippo, sanfilippo | No Stemming, Character String | |
| **Engineering/Consulting Companies:** | | | |
| AECOM | AECOM, aecom.com | No Stemming, Character String | |
| Carlton Engineering | "Carlton /2 Engineering", Carlton | No Stemming, Character String | |
| CCI Systems | "CCI /2 Systems", CCI | No Stemming, Character String | |
| Compliance One | "Compliance /2 One", "gocomp1.com" | No Stemming, Character String | |
| Compliance Solutions | "Compliance /3 Solutions" | No Stemming, Character String | |
| Engineering Associates | "Engineering /2 Associates", engineeringassociates.com, EA | No Stemming, Character String | |
| Gateway Engineering, gatewayeng | "Gateway Engineering", "Gateway /2 Eng!", gatewayeng, gateway | No Stemming, Character String | |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[10]

| | | | |
|---|---|---|---|
| GrassRoots | GrassRoots, grassrotsenv.com | No Stemming, Character String | |
| K&B Engineering | "K&B Engineering", K&B | No Stemming, Character String | |
| Lane Engineering | "Lane /2 Engineering" | No Stemming, Character String | |
| LightRiver | LightRiver | No Stemming, Character String | |
| Yamabe | Yamabe | No Stemming, Character String | |
| Almendariz | Almendariz, almendarizconsulting.com | No Stemming, Character String | |
| Bennett Trenchless | "Bennett /2 Trenchless", bennettrenchless.com, bennett | No Stemming, Character String | |
| **Subcontractors/ Vendors:** | | | |
| Accu Bore | "Accu /2 Bore" | No Stemming, Character String | |
| Alvarion | Alvarion | No Stemming, Character String | |
| Apex | Apex | No Stemming, Character String | |
| Baileys Trenchless | "Baileys /2 Trenchless", Baileys | No Stemming, Character String | |
| McKuin (William/Bill McKuin, McKuin Pipeline) | McKuin, "McKuin /3 Pipeline", "William McKuin", "Bill McKuin" | No Stemming, Character String | |
| Bridge Masters, bridgemasters | "Bridge Masters", bridgemasters | No Stemming, Character String | |
| Capitol Barricade | "Capitol Barricade", capitalbarricade, capitolbarricade | Fuzzy 1, No Stemming, Character String | |
| Cenvalley, Central Valley Engineering & Asphalt | Cenvalley, "Central Valley Engineering & Asphalt" | No Stemming, Character String | |
| Doumit | Doumit | No Stemming, Character String | |
| Downing Diversified | "Downing Diversified", Downing | No Stemming, Character String | |
| EDX Wireless | EDX | No Stemming, Character String | |
| J. Fletcher Creamer, JFC, JCF | "Fletcher /2 Creamer", jfcson.com, JFC, | No Stemming, Character String | |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[11]

1238098v.1

| | | | |
|---|---|---|---|
| Henkels & McCoy | JCF<br>"Henkels /3 McCoy", henkels.com, henkels | No Stemming, Character String | |
| Horizon Underground | "Horizon Underground" | No Stemming, Character String | |
| JB Excavating | "JB Excavating" | No Stemming, Character String | |
| JK Communications, Kleven, klevcon | "JK /3 Communications", Kleven, klevcon | No Stemming, Character String | |
| KRC Safety, krcsafey | "KRC Safety", krcsafey | No Stemming, Character String | |
| Nuvision, nu-vision | Nuvision, nu-vision | No Stemming, Character String | |
| Patriot Environmental | "Patriot Environmental", patriot | No Stemming, Character String | |
| Ventura Directional, venturadrilling | "Ventura Directional", venturadrilling, ventura | No Stemming, Character String | |
| Youngdahl | Youngdahl | No Stemming, Character String | |
| A-D Technologies, Arnco | "A-D Technologies", Arnco | No Stemming, Character String | |
| SCWW | SCWW | No Stemming, Character String | |
| Sierratrafficmarkings | Sierratrafficmarkings | No Stemming, Character String | |
| Usan | Usan | No Stemming, Character String | |
| Uscsupply | Uscsupply | No Stemming, Character String | |
| **Inspectors/Inspection Companies:** | | | |
| ITC Service Group, ITC, callitc | ITC, callitc | No Stemming, Character String | |
| Addakid | Addakid | No Stemming, Character String | |
| Iseger | Iseger, "Bryon Iseger" | No Stemming, Character String | |
| Hanley, drhanley19@aol.com | drhanley19, "Dennis Hanley", hanley | No Stemming, Character String | |
| Lovelady, Fiberoptikid | Lovelady, Fiberoptikid, "Jeff Lovelady" | No Stemming, Character String | |
| Bill Brown, ohiobill | ohiobill, ohiobil | No Stemming, Character String | |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[12]

1238098v.1

| | | | |
|---|---|---|---|
| 1 | Paul Newman | "Paul Newman", newmanpaul33 | No Stemming, Character String |
| 2 | Midgley | Midgley, "Harry Midgley" | No Stemming, Character String |
| 3 | Veresh | Veresh, "Jeff Veresh" | No Stemming, Character String |
| 4 | Mosher | Mosher, "John Mosher" | No Stemming, Character String |
| 5 | Buckley | Buckley | No Stemming, Character String |
| 6-7 | Chamberlain | rchamberlain, "Ron Chamberlain", chamberlain | No Stemming, Character String |
| 8 | Runge | Runge, "Mike Runge" | No Stemming, Character String |
| 9 | Jerry Berg, Gerald Berg | "Jerry Berg", "Gerald Berg" | No Stemming, Character String |
| 10-11 | Jesse Day, jessday | "Jesse /2 Day", jessday, jessday@foothill.net | No Stemming, Character String |
| 12-13 | Vali Cooper, valicooper | "Vali Cooper", valicooper, "vail cooper" | No Stemming, Character String |
| 14 | Rickard, jprikard | jprikard, "Jason Rickard", rickard | No Stemming, Character String |
| 15 | Hitchko | Hitchko, "Kevin Hitchko" | No Stemming, Character String |
| 16 | Shayne Pope, shaynepope | "Shayne /2 Pope", Shayne, shaynepope | No Stemming, Character String |
| 17 | Matranga | Matranga, "Steve Matranga" | No Stemming, Character String |
| 18-19 | Kidd, stacy.kidd@gmail.com | stacy.kidd, "Stacie Kidd", "Stacy Kidd" | No Stemming, Character String |
| 20 | Sauer | Sauer, csauer | No Stemming, Character String |
| 21 | Eric Cate, eric.ca8@gmail.com | eric.ca8, "Eric Cate" | No Stemming, Character String |
| 22-23 | Kevin Guillory, klguillory@aol.com | klguillory, "Kevin Guillory" | No Stemming, Character String |
| 24 | Terri King, tkinggirl@gmail.com | tkinggirl, "Terri King" | No Stemming, Character String |
| 25-26 | Terrial King, tkingguy@gmail.com | tkingguy, "Terrial King" | No Stemming, Character String |
| 27 | Allen LeHew, allen.tlehew@gm | allen.tlehew, "Allen /3 LeHew" | No Stemming, Character String |

28    **STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[13]

1238098v.1

| | | | |
|---|---|---|---|
| ail.com | | | |
| Sam Lewis, slewis.jr14@gmail.com | slewis.jr14, "Sam Lewis" | No Stemming, Character String | |
| Mike Rostad, mrostad@charter.net | mrostad, "Mike Rostad" | No Stemming, Character String | |
| **CVIN Member Entities/Related Entities:** | | | |
| Cal Ore, calore (domain name) | "Cal Ore", calore | No Stemming, Character String | |
| Calaveras | Calaveras | No Stemming, Character String | |
| CENIC | CENIC | No Stemming, Character String | |
| Consolidated Communications | "Consolidated Communications" | No Stemming, Character String | |
| Mohave Investment | "Mohave Investment" | No Stemming, Character String | |
| Peak to peak | "Peak to Peak", peaktopeaktelcom | No Stemming, Character String | |
| Ponderosa | Ponderosa | No Stemming, Character String | |
| Sebastian | Sebastian | No Stemming, Character String | |
| Sierra Tel | "Sierra Tel" | No Stemming, Character String | |
| Stageline | Stageline | No Stemming, Character String | |
| Surewest | Surewest, "Surewest Fiber" | No Stemming, Character String | |
| Varcomm | Varcomm | No Stemming, Character String | |
| Varnet | Varnet | No Stemming, Character String | |

**STIPULATION AND ORDER RE DISCOVERY DISAGREEMENTS BETWEEN PLAINTIFF MP NEXLEVEL OF CALIFORNIA, INC. AND DEFENDANT CVIN, LLC**

[14]

1238098v.1