```
 1  DOWLING AARON INCORPORATED
    Steven D. McGee (State Bar No. 71886)
 2  smcgee@dowlingaaron.com
    Matthew R. Dildine (SBN 258685)
 3  mdildine@dowlingaaron.com
    8080 North Palm Avenue, Third Floor
 4  Fresno, CA  93729-8902
    Telephone:   559-432-4500
 5  Facsimile:   559-432-4590

 6  William T. Eliopoulos (State Bar No. 100633)
    weliopoulos@rutan.com
 7  Kaveh Badiei (State Bar No. 215179)
    kbadiei@rutan.com
 8  RUTAN & TUCKER, LLP
    Five Palo Alto Square
 9  3000 El Camino Real, Suite 200
    Palo Alto, CA 94306-9814
10  Telephone:   650-320-1500
    Facsimile:   650-320-9905
11
    Heather N. Herd (State Bar No. 217521)
12  hherd@rutan.com
    RUTAN & TUCKER, LLP
13  611 Anton Boulevard, Suite 1400
    Costa Mesa, CA 92626
14  Telephone:   714-641-5100
    Facsimile:   714-546-9035
15
    Attorneys for Defendant and Counter and Cross-
16  Claimant
    CVIN. LLC
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL of California, Inc.,<br><br>            Plaintiff,<br>     vs.<br><br>CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, CAL-ORE TELEPHONE CO., CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., DUCOR TELEPHONE COMPANY, MOHAVE INVESTMENT, LLC, SEBASTIAN ENTERPRISES, INC., SIERRA TEL BROADBAND, SIERRA TEL COMMUNICATIONS GROUP, STAGELINE COMMUNICATIONS, INC., SUREWEST FIBER VENTURES, LLC, THE PONDEROSA TELEPHONE | Case No. 1:14-cv-00288-LJO-GSA<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE OPPOSITION AND REPLY RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>Date Action Filed:  February 28, 2014<br>Trial Date:            July 25, 2017 |

| | |
|---|---|
| 1<br>2<br>3 | COMPANY, VARCOMM, INC., VARNET, INC., VOLCANO COMMUNICATIONS COMPANY, VOLCANO TELECOM, INC., and DOES 1 to 100, |
| 4 | Defendants. |
| 5<br>6 | AND RELATED COUNTER, CROSS-, AND THIRD-PARTY CLAIMS. |

8   WHEREAS on April 27, 2016, plaintiff and cross-defendant MP Nexlevel of
9  California, Inc. ("MPN") noticed its Motion for Summary Judgment or in the Alternative
10 Partial Summary Judgment (the "Motion") for hearing on May 25, 2016 (ECF 278);

11   WHEREAS on May 6, 2016, this Court: 1) vacated the May 25, 2016 hearing date;
12 2) ordered the deadline for filing defendant, counterclaimant and cross-complainant CVIN,
13 LLC's ("CVIN") opposition to the Motion (the "Opposition) continued to June 1, 2016
14 and; 3) ordered the deadline for filing MPN's reply in support of the Motion (the "Reply")
15 continued to June 15, 2016 (ECF 282);

16   WHEREAS the parties hereto agree, in order to accommodate the scheduling of
17 depositions, that: 1) the deadline for filing CVIN's Opposition is continued to June 6, 2016
18 and 2) the deadline for filing MPN's Reply is continued to June 20, 2016.

19   IT IS HEREBY STIPULATED by and between the MPN and CVIN, by and
20 through their counsel of record, that: 1) the deadline for filing CVIN's Opposition is
21 continued to June 6, 2016 and 2) the deadline for filing MPN's Reply is continued to June
22 20, 2016.

23 **IT IS SO STIPULATED.**

24 Dated:  May 17, 2016                                    **RUTAN & TUCKER, LLP**

26                                                        By: */s/ Heather N. Herd*
27                                                            Heather N. Herd
                                                             Attorneys for Defendant,
                                                             Counterclaimant and Cross-Complainant
28                                                           CVIN, LLC

|   |   |
|---|---|
| Dated: May 17, 2016 | **GORDON & REES LLP**<br><br>By: */s/ Ben Patrick*<br>Ben Patrick<br>Attorneys for Plaintiff and Cross-Defendant MP Nexlevel of California, Inc. |

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  **May 18, 2016** | **/s/ Lawrence J. O'Neill**<br>UNITED STATES CHIEF DISTRICT JUDGE |