DOWLING AARON INCORPORATED
Steven D. McGee (State Bar No. 71886)
smcgee@dowlingaaron.com
Matthew R. Dildine (SBN 258685)
mdildine@dowlingaaron.com
8080 North Palm Avenue, Third Floor
Fresno, CA  93729-8902
Telephone:    559-432-4500
Facsimile:    559-432-4590

William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
Kaveh Badiei (State Bar No. 215179)
kbadiei@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone:   650-320-1500
Facsimile:    650-320-9905

Attorneys for Defendant and Counter and Cross-Claimant
CVIN. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| MP NEXLEVEL of California, Inc., | Case No. 1:14-cv-00288-LJO-GSA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE VARIOUS PRE-TRIAL DATES; AND ORDER** |
| vs. | |
| CVIN, LLC dba VAST NETWORKS, ET AL, | Date Action Filed: February 28, 2014<br>Trial Date: July 25, 2017 |
| Defendants. | |
| AND RELATED COUNTER, CROSS-, AND THIRD-PARTY CLAIMS. | |

WHEREAS Plaintiff MP Nexlevel of California, Inc. ("MPN") has requested modification and extension of existing case deadlines for the completion of discovery and the filing of motions as a result of Defendant CVIN, LLC's ("CVIN") delayed production of emails for the document production supplementation deadlines set forth in the Court's

1  March 2, 2016 discovery Order;

2  WHEREAS counsel for MPN and CVIN agreed to the extension of dates set forth
3  herein before and during an informal discovery conference with Magistrate Judge Grosjean
4  on June 7, 2016, during which Judge Grosjean indicated that good cause existed for an
5  extension of the discovery and motion filing deadlines, and that such deadlines could and
6  should be extended provided the May 25, 2017 Pretrial Conference and July 25, 2017 Trial
7  date remain unchanged and the modified schedule included at least ninety days between
8  the motions filing deadlines and the May 25, 2017 Pretrial Conference;

9  WHEREAS CVIN has represented that it intends to complete the supplemental
10 production required under the March 2, 2016 discovery Order by July 22, 2016;

11 WHEREAS MPN maintains that its ability to conduct and complete required
12 depositions and other discovery by the modified deadlines set forth herein is dependent on
13 CVIN's completion of the Court ordered supplemental production by no later than July 22,
14 2016;

15 WHEREAS in response to the Court's Minute Order of June 7, 2016 (Doc 349)
16 counsel for Defendant and Counter and Cross-Claimant, CVIN, LLC, Plaintiff, MP
17 Nexlevel of California, Inc., Third-Party Defendant Western Surety Company, Defendants,
18 Calaveras Communications Company, Cal-Ore Telephone Co., Consolidated
19 Communications Holdings, Inc., Ducor Telephone Company, Mohave Investment, LLC,
20 Sebastian Enterprises, Inc., Sierra Tel Broadband, Sierra Tel Communications Group,
21 Stageline Communications, Inc., Surewest Fiber Ventures, LLC, The Ponderosa Telephone
22 Company, Varcomm, Inc., Varnet, Inc., Volcano Communications Company, and Volcano
23 Telecom, Inc., Third-Party Defendant and Cross-Claimant, JK Communications &
24 Construction, Inc. dba Kleven Construction; and Defendant, George Valentinez
25 (collectively, the "Parties"), met and conferred regarding the subject-matter of this
26 Stipulation and reached agreement thereto;

27
28

IT IS HEREBY STIPULATED by and between the Parties, by and through their counsel of record, that good cause exists for the extension of the pre-trial dates noted below:

| **Existing Deadlines (Doc 257)** | **New (Proposed) Deadlines** |
|---|---|
| Expert Discovery Cutoff: | |
| August 11, 2016 | January 20, 2017 |
| Nonexpert Discovery Cutoff: | |
| August 11, 2016 | January 20, 2017 |
| Nondispositive Motion Filing Deadline: | |
| August 15, 2016 | February 17, 2017 |
| Dispositive Motion Filing Deadline: | |
| August 15, 2016 | February 17, 2017 |
| 2nd Day Mediation: | |
| September 2016 | No Change |
| Pretrial Conference: | |
| May 25, 2017 | No Change. |
| Jury & Bench Trials: | |
| July 25, 2017 | No Change. |

The parties hereto reserve all rights and arguments relating to these extensions on MP Nexlevel's motion to compel and for sanctions against CVIN, currently scheduled for hearing on July 22, 2017.

**IT IS SO STIPULATED.**

///

///

| | |
|---|---|
| Dated:  June 21, 2016 | **RUTAN & TUCKER, LLP** |

By:  */s/ William T. Eliopoulos*
William T. Eliopoulos
Attorneys for Defendant,
Counterclaimant and Cross-Complainant
CVIN, LLC

| | |
|---|---|
| Dated: Signature authorized June 21, 2016 | **DEWITT MACKALL CROUNSE & MOORE S.C.** |

By:  */s/ James D. Kremer*
Holly J. Newman
James D. Kremer,
Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.
and Third-Party Defendant
WESTERN SURETY COMPANY

| | |
|---|---|
| Dated:  Signature authorized June 21, 2016 | **TROUTMAN SANDERS LLP** |

By:  */s/ Dean A. Morehous*
Dean A. Morehous
Craig Crockett
Attorneys for Defendants:
CALAVERAS COMMUNICATIONS COMPANY, CAL-ORE TELEPHONE CO., CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., DUCOR TELEPHONE COMPANY, MOHAVE INVESTMENT, LLC, SEBASTIAN ENTERPRISES, INC., SIERRA TEL BROADBAND, SIERRA TEL COMMUNICATIONS GROUP, STAGELINE COMMUNICATIONS, INC., SUREWEST FIBER VENTURES, LLC, THE PONDEROSA TELEPHONE COMPANY, VARCOMM, INC., VARNET, INC., VOLCANO COMMUNICATIONS COMPANY, and VOLCANO TELECOM, INC.

1  Dated:  Signature authorized June 21, 2016        **ROGERS JOSEPH O'DONNELL**

3                                                          By:      */s/ Joseph C. McGowan, Jr.*
4                                                                   Joseph C. McGowan, Jr.
                                                                    Tyson Arbuthnot
                                                                    Attorneys for Third-Party Defendant and
5                                                                   Cross-Claimant
                                                                    JK COMMUNICATIONS &
6                                                                   CONSTRUCTION, INC. dba KLEVEN
                                                                    CONSTRUCTION

8  Dated:  Signature authorized June 21, 2016        **THE ALBERTS FIRM, APC**

10                                                         By:      */s/ David A. Brewster*
                                                                    David A. Brewster
11                                                                  Attorneys for Defendant
                                                                    GEORGE VALENTINEZ

2395/031672-0001
9765655 a06/15/16          STIPULATION TO CONTINUE VARIOUS PRE-TRIAL DATES; AND ORDER

# **ORDER**

The Court has reviewed the stipulation and adopts it IN PART. All dates are adopted except that the filing deadline for non-dispositive motions is advanced to January 20, 2017. The parties are advised that all non-dispositive motions, including discovery motions, must be filed sufficiently in advance of the non-dispositive motion cutoff so that the Court may grant effective relief within the allotted time period. A party's failure to have a discovery dispute heard sufficiently in advance of the non-dispositive motion filing deadline may result in a denial of the motion as untimely. The dates in the scheduling orders dated January 22 and September 2, 2015 (Docs. 157 and 257) are modified as follows :

| | |
|---|---|
| Expert Discovery Cutoff: | January 20, 2017 |
| Nonexpert Discovery Cutoff: | January 20, 2017 |
| Nondispositive Motion Filing | January 20, 2017 |
| Dispositive Motion Filing | February 17, 2017 |
| Pretrial Conference: | May 25, 2017 at 8:15 in Dept. 4 |
| Jury & Bench Trials: | July 25, 2017 at 8:30 in Dept. 4 |

All other orders in the scheduling order issued on January 22, 2015 (Doc. 157) remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 22, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2395/031672-0001
9765655 a06/15/16
STIPULATION TO CONTINUE VARIOUS PRE-TRIAL DATES; AND ORDER