DOWLING AARON INCORPORATED
Steven D. McGee (State Bar No. 71886)
smcgee@dowlingaaron.com
Matthew R. Dildine (SBN 258685)
mdildine@dowlingaaron.com
8080 North Palm Avenue, Third Floor
Fresno, CA 93729-8902
Telephone: 559-432-4500
Facsimile: 559-432-4590

William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
Kaveh Badiei (State Bar No. 215179)
kbadiei@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone: 650-320-1500
Facsimile: 650-320-9905

Attorneys for Defendant and Counter and Cross-Claimant
CVIN. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL of California, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CVIN, LLC dba VAST NETWORKS, ET AL,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER, CROSS-, AND THIRD-PARTY CLAIMS. | Case No. 1:14-cv-00288-LJO-GSA<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES PER ORDER ON MOTION TO BIFURCATE; AND ORDER**<br><br>Licensure Trial: January 4, 2017<br>Trial: July 25, 2017<br>Date Action Filed: February 28, 2014 |

WHEREAS on October 5, 2016, the United States District Court for the Eastern District of California, Hon. Lawrence J. O'Neill, presiding (the "Court") granted CVIN, LLC's ("CVIN") request to bifurcate and hold a brief trial on the status of MP Nexlevel of California, Inc.'s ("MP") contractor's license (the "Licensure Trial"). Doc. 408,

Memorandum Decision and Order re Plaintiff's Motion for Judgment and Defendant's Motion to Bifurcate (the "Order");

WHEREAS, on October 14, 2016, in compliance with the Order, the parties submitted the Joint Status Report Re: Available Dates for Bifurcated Trial Re: Sufficiency of MP's Class A License (Doc. 410), setting forth alternative dates for the Licensure Trial;

WHEREAS, on October 20, 2016, the Court ordered the Licensure Trial to take place from January 4 through 11, 2017;

WHEREAS, Pursuant to the Court's October 5 Order, the undersigned parties have further met and conferred with regard to the scope and timing of discovery in this matter, and the impact that said discovery may have on existing case deadlines in light of the January 4, 2017 Licensure Trial.  The undersigned parties have agreed to conduct bifurcated discovery to allow the parties to take discovery related to MP's licensure in advance of the Licensure Trial, and, to the extent necessary, complete non-licensure related discovery after the Licensure Trial. Accordingly, IT IS HEREBY STIPULATED by and between the parties, by and through their counsel of record, that good cause exists for the extension of the discovery deadlines noted below:

| **Existing Deadlines (Doc. 372)** | **New (Proposed) Deadlines** |
| --- | --- |
| <u>Expert Discovery Cutoff</u> | |
| January 20, 2017 | March 17, 2017 |
| <u>Nonexpert Discovery Cutoff</u> | |
| January 20, 2017 | March 17, 2017 |
| <u>Nondispositive Motion Filing Deadline</u> | |
| January 20, 2017 | March 24, 2017 |
| <u>Dispositive Motion Filing Deadline</u> | |
| February 17, 2017 | March 24, 2017 |
| <u>2nd Day Mediation</u> | |

| | |
|---|---|
| September 2016 | November 2016 |

Pretrial Conference

| | |
|---|---|
| May 25, 2017 | No Change |

Jury & Bench Trials

| | |
|---|---|
| July 25, 2017 | No Change |

**IT IS SO STIPULATED.**

Dated:  October 31, 2016        **RUTAN & TUCKER, LLP**


By:      */s/ William T. Eliopoulos*
          William T. Eliopoulos
          Attorneys for Defendant,
          Counterclaimant and Cross-Complainant
          CVIN, LLC


Dated: Signature auth. October 31, 2016        **DEWITT MACKALL CROUNSE & MOORE S.C.**


By:      */s/ Holly J. Newman*
          Holly J. Newman
          James D. Kremer,
          Attorneys for Plaintiff
          MP NEXLEVEL OF CALIFORNIA, INC.
          and Third-Party Defendant
          WESTERN SURETY COMPANY

Dated:  Signature auth. October 31, 2016  _____**TROUTMAN SANDERS LLP**


By:      */s/ Dean A. Morehouse*
          Dean A. Morehous
          Craig Crockett
          Attorneys for Defendants:
          CALAVERAS COMMUNICATIONS
          COMPANY, CAL-ORE TELEPHONE
          CO., CONSOLIDATED
          COMMUNICATIONS HOLDINGS,
          INC., DUCOR TELEPHONE

```
                                    COMPANY, MOHAVE INVESTMENT,
                                    LLC, SEBASTIAN ENTERPRISES,
                                    INC., SIERRA TEL BROADBAND,
                                    SIERRA TEL COMMUNICATIONS
                                    GROUP, STAGELINE
                                    COMMUNICATIONS, INC.,
                                    SUREWEST FIBER VENTURES, LLC,
                                    THE PONDEROSA TELEPHONE
                                    COMPANY, VARCOMM, INC.,
                                    VARNET, INC., VOLCANO
                                    COMMUNICATIONS COMPANY, and
                                    VOLCANO TELECOM, INC.
```

Dated:  Signature auth. October 31, 2016      **ROGERS JOSEPH O'DONNELL**


                                    By:      */s/ Joseph C. McCowan, Jr.*
                                    Joseph C. McCowan, Jr.
                                    Tyson Arbuthnot
                                    Attorneys for Third-Party Defendant and
                                    Cross-Claimant
                                    JK COMMUNICATIONS &
                                    CONSTRUCTION, INC. dba KLEVEN
                                    CONSTRUCTION

Dated:  Signature auth. October 31, 2016  ____**THE ALBERTS FIRM, APC**


                                    By:      */s/ David A. Brewster*
                                    David A. Brewster
                                    Attorneys for Defendant
                                    GEORGE VALENTINEZ

---

2395/031672-0001
9765655 a06/15/16

-4-
STIPULATION TO CONTINUE DISCOVERY DEADLINES; AND ORDER

**Order**

Pursuant to the above Stipulation of the parties, and good cause appearing, it is hereby ordered that the Scheduling Conference Order be modified as follows:

|  | **Current Dates/Deadlines** | **New Dates/Deadlines** |
|---|---|---|
| **Non-Expert Discovery Cutoff** | January 20, 2017 | February 24, 2017 |
| **Non-Dispositive Motion Cutoff** | January 20, 2017 | February 24, 2017 |
| **Mediation** | September 2016 | November 2016 |
| **Expert Discovery Cutoff** | January 20, 2017 | March 17, 2017 |
| **Dispositive Motion Deadline** | February 17, 2017 | April 7, 2017* |
| **Pretrial Conference** | May 25, 2017 | Unchanged |
| **Trial** | July 25, 2017 | Unchanged |

Dispositive motions must be heard sufficiently in advance of the parties' pretrial conference to ensure that the pretrial conference is productive. Any dispositive motion must thus be *noticed for a hearing date* no later than **April 7, 2017**, rather than merely filed by that date.

IT IS SO ORDERED.

Dated:   **November 1, 2016**            /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE