UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, et al., <br><br>Defendants. | Case No. 1:14-cv-00288-LJO-EPG <br><br>**FINAL JUDGMENT** <br><br>**Honorable Lawrence J. O'Neill** |
| AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | |

In light of the Stipulation for Final Judgment by and between Plaintiff and Cross-Defendant MP Nexlevel of California, Inc. ("MPC") and Defendant and Cross-Claimant CVIN LLC ("CVIN") (collectively, the "Parties"), and good cause having been shown, the Court hereby enters final judgment in this matter as follows:

It is hereby **ORDERED, ADJUDGED AND DECREED that:**

(1) For the reasons set forth in the Court's July 19, 2016 Memorandum Decision and Order re Motion for Summary Judgment (Doc. No. 383), MPC's Causes of Action 1, 2, 3, 4, 5, 6, 7, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24, 28, 29, 30, 31, 32, 33, 34, 35, 38, and 42 are barred because MPC failed to maintain an adequate California contractor's license for its work on relevant CVIN Project Segments pursuant to California Business and

Professions Code section 7031, and judgment is entered against MPC and in favor of CVIN on these Causes of Action;

    (2)    All remaining Causes of Action between CVIN and MPC are dismissed with prejudice, pursuant to the Parties' Stipulation for Dismissal.  This dismissal shall not preclude CVIN from asserting any defenses or arguments in response to MPC's appeal;

    (3)    The Parties shall be responsible for their own attorneys' fees and costs incurred to date, and no award of the same is made; and

    (4)    The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **January 30, 2017**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES CHIEF DISTRICT JUDGE