1  William T. Eliopoulos (State Bar No. 100633)
   weliopoulos@rutan.com
2  Heather N. Herd (State Bar No. 217521)
   hherd@rutan.com
3  Carrie MacIntosh (State Bar No. 294610)
   cmacintosh@rutan.com
4  RUTAN & TUCKER, LLP
   Five Palo Alto Square
5  3000 El Camino Real, Suite 200
   Palo Alto, CA 94306-9814
6  Telephone:   650-320-1500
   Facsimile:    650-320-9905

7
   Attorneys for Defendant and Counter and
8  Cross-Claimant CVIN, LLC, dba VAST NETWORKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., | Case No. 1:14-cv-00288-LJO-EPG |
| Plaintiff, | **JOINT STIPULATION FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE AND ORDER** |
| vs. | |
| CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, et al., | **(ECF No. 442)** |
| Defendants. | |
| AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | |

WHEREAS on July 10, 2018, the United States Court of Appeals for the Ninth Circuit issued its order to reverse and remand the decision of the trial court with respect to Plaintiff MP Nexlevel of California, Inc.'s ("MPC") Motion for Summary Adjudication.

WHEREAS on August 7, 2018, this Court set a telephonic conference call (the "Status Conference") to take place on September 13, 2018 at 10 a.m. before Magistrate Judge Erica P. Grosjean.

/ / /

WHEREAS on August 7, 2018, this Court ordered the undersigned parties "to confer and file a joint statement regarding a proposed schedule going forward and indicate whether the parties are interested in either a settlement conference or mediation."

WHEREAS the undersigned have agreed to the terms of a settlement (the "Settlement") of all claims in this action.

WHEREAS the undersigned have agreed that performance under the terms of the Settlement will be completed by October 8, 2018.

WHEREAS CVIN and MPC have agreed to continue the Status Conference until after October 8, 2018. Accordingly, IT IS HEREBY STIPULATED by the undersigned parties, by and through their counsel of record, that good cause exists to continue the date of the Status Conference until after October 8, 2018.

**IT IS SO STIPULATED.**

Dated: September 6, 2018
RUTAN & TUCKER, LLP
WILLIAM T. ELIOPOULOS
HEATHER N. HERD
CARRIE MACINTOSH

By: */s William T. Eliopoulos*
William T. Eliopoulos, Esq.
Attorneys for Defendant and Counter and Cross-Claimant CVIN, LLC, dba VAST

Dated: Signature authorized on September 4, 2018
GORDON & REES LLP
BEN PATRICK

By: */s/ Ben Patrick*
Ben Patrick, Esq.
Attorneys for Plaintiff, Cross-Defendant, and Third-Party Plaintiff MP NEXLEVEL OF CALIFORNIA, INC.

**ORDER**

IT IS HEREBY ORDERED that the Status Conference, currently set for September 13, 2018, is continued to **October 16, 2018, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: **September 6, 2018**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE