1 William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
2 Heather N. Herd (State Bar No. 217521)
hherd@rutan.com
3 Carrie MacIntosh (State Bar No. 294610)
cmacintosh@rutan.com
4 RUTAN & TUCKER, LLP
Five Palo Alto Square
5 3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
6 Telephone: 650-320-1500
Facsimile: 650-320-9905

Attorneys for Defendant and Counter and
Cross-Claimant CVIN, LLC, dba VAST NETWORKS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, et al., <br><br> Defendants. | Case No. 1:14-cv-00288-LJO-EPG <br><br> **JOINT STIPULATION FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE AND ORDER** <br><br> (ECF No. 444) |
| AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | |

WHEREAS on July 10, 2018, the United States Court of Appeals for the Ninth Circuit issued its order to reverse and remand the decision of the trial court with respect to Plaintiff MP Nexlevel of California, Inc.'s ("MPC") Motion for Summary Adjudication.

WHEREAS on September 7, 2018, this Court set a telephonic conference call (the "Status Conference") to take place on October 16, 2018 at 9:30 a.m. before Magistrate Judge Erica P. Grosjean.

///

1       WHEREAS on August 7, 2018, this Court ordered the undersigned parties "to confer and file a joint statement regarding a proposed schedule going forward and indicate whether the parties are interested in either a settlement conference or mediation."

      WHEREAS the undersigned have agreed to the terms of a settlement (the "Settlement") of all claims in this action.

      WHEREAS the parties believe that performance under the terms of the Settlement has been completed, and anticipate filing a Joint Stipulation and Proposed Order for Dismissal in the next two weeks.

      WHEREAS CVIN and MPC have agreed to continue the Status Conference until after October 30, 2018 to allow the parties to confirm full performance of the Settlement and to file the dismissal.

      Accordingly, IT IS HEREBY STIPULATED by the undersigned parties, by and through their counsel of record, that good cause exists to continue the date of the Status Conference until after October 30, 2018.

**IT IS SO STIPULATED.**

Dated: October 9, 2018          RUTAN & TUCKER, LLP
                                         WILLIAM T. ELIOPOULOS
                                         HEATHER N. HERD
                                         CARRIE MACINTOSH

                                         By: _/s/ Heather N. Herd_____
                                             Heather N. Herd, Esq.
                                             Attorneys for Defendant and Counter and
                                             Cross-Claimant CVIN, LLC, dba VAST

Dated: Signature authorized on October 9, 2018
                                         GORDON & REES LLP
                                         BEN PATRICK

                                         By: _/s/ Ben Patrick_____
                                             Ben Patrick, Esq.
                                             Attorneys for Plaintiff, Cross-Defendant, and
                                             Third-Party Plaintiff MP NEXLEVEL OF
                                             CALIFORNIA, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the Parties (ECF No. 444), and finding that good cause exists, |
| 3 | IT IS HEREBY ORDERED that the Status Conference, currently set for October 16, 2018, |
| 4 | is continued to **November 6, 2018, at 10:30 a.m.** |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | Dated: **October 10, 2018**         /s/ Erin P. Grojean |
|   | UNITED STATES MAGISTRATE JUDGE |