UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CVIN, LLC dba VAST NETWORKS, CALAVERAS COMMUNICATIONS COMPANY, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER, CROSS, AND THIRD-PARTY CLAIMS. | Case No. 1:14-cv-00288-LJO-EPG<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 446) |

　　　　Plaintiff, MP Nexlevel of California, Inc., and Defendant and Counter and Cross-Claimant CVIN, LLC, dba Vast Networks, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 446). In light of the stipulation, and the previous dismissal of claims against all other defendants, cross-claimants, counter-claimants, and third-party claimants, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

　　\\\

　　\\\

　　\\\

| | |
|---|---|
| 1 | Accordingly, the status conference, set for November 6, 2018, is vacated, and the Clerk of |
| 2 | the Court is respectfully directed to close this case. |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | Dated: **October 26, 2018**     /s/ *Erici P. Groj* |
| | UNITED STATES MAGISTRATE JUDGE |